EISEMAN LEVINE
LEHRHAUPT & KAKOYIANNIS, P.C.
A PROFESSIONAL CORPORATION
805 THIRD AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212)752-1000
FACSIMILE (212)355-4608

January 14, 2020

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
40 Foley Square, Courtroom 706
New York, New York 10007

Re: *Hadassah, The Women's Zionist Organization of America, Inc., v. Hadassah Academic College*
Case No. 19-cv-8953 (JPO)

Dear District Judge Oetken:

Our firm represents defendant Hadassah Academic College ("HAC") in the above-referenced action. Currently pending before the Court is HAC's motion for a stay of this action pending the resolution of a related appeal brought by HAC in the Second Circuit (Docket Nos. 21-26). We write to advise the Court that, by Summary Order, dated January 13, 2020, the Second Circuit affirmed the District Court's decision in the related appeal. Therefore, HAC respectfully withdraws its motion for a stay. HAC intends to confer with counsel for plaintiff Hadassah, The Women's Zionist Organization of America, Inc. ("HWZOA") to set a mutually agreed upon schedule for HAC to respond to HWZOA's complaint.

Respectfully submitted,

Eric R. Levine

cc: Daniel L. Kurtz, Esq.
M. Mona Simonian, Esq.
Felicity S. Kohn, Esq.
*Attorneys for Plaintiff*

---

So ordered. The motion at Docket Number 21 is hereby withdrawn. The Clerk of Court is directed to close the motion.
January 16, 2020

J. PAUL OETKEN
United States District Judge