UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HADASSAH THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA,<br>                              Plaintiff,<br><br>                   -v-<br><br>HADASSAH ACADEMIC COLLEGE,<br>                              Defendant. | 19-CV-8953 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On March 2, 2021, the parties moved to seal the entry at Docket No. 60. The motion is granted. The Clerk of Court is directed to restrict access to Docket No. 60 to the selected-parties viewing level, such that counsel for the parties – Haddassah the Women's Zionist Organization of America and Hadassah Academic College – and court personnel may access the entry, and to close the motions at Docket Nos. 61 and 62. Defendant shall file a redacted version of its proposed amended answer and counterclaim at its earliest convenience.

SO ORDERED.

Dated: March 8, 2021
       New York, New York

_____
                    J. PAUL OETKEN
                    United States District Judge